# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18CR106 |
|---|---|---|
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | ORDER |
| DWAYNE B. SHERON, | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Kathleen B. Burke's report and recommendation that the Court ACCEPT Defendant Dwayne B. Sheron's ("Defendant") plea of guilty and enter a finding of guilty against defendant. (Doc. No. 23.)

On March 7, 2018, the government filed an indictment against defendant. (Doc. No. 1.) On September 26, 2018, this Court issued an order assigning this case to Magistrate Judge Burke for the purpose of receiving defendant's guilty plea. (Doc. No. 21.)

On October 4, 2018, a hearing was held in which defendant entered a plea of guilty to count 1 of the indictment, charging him with Possession of Firearm and/or Ammunition by Convicted Felon, in violation of 18 U.S.C. Section 922(g)(1). Magistrate Judge Burke received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 23.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of count 1 in violation of 18 U.S.C. Section 922(g)(1). The sentencing will be held on January 9, 2019 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: October 26, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**